IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES T. MCFALL, JR.                                              PLAINTIFF

v.                        No. 4:20-cv-1189-DPM

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY                                                 DEFENDANT

## JUDGMENT

McFall's complaint is dismissed with prejudice.

*(signature)*
D.P. Marshall Jr.
United States District Judge

28 February 2022